FILED ENTERED
LODGED RECEIVED
AUG 20 2026
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

JST
LE/AL: USAO 2026R00673

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA *
*
v. * CASE NO. 1:26-mj-02261-CJC
*
RONTE ROBERT JENKINS, *
*
Defendant. *
*
*
*******

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Garrett Brink, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

3. I am a Special Agent with ATF. As such I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been a Special Agent with the ATF since 2024, and I am currently assigned to the Baltimore Field Division, Group VII.

4. I attended the Department of Homeland Security's Criminal Investigator Training Program and ATF's Special Agent Basic Training for a combined period of 26 weeks. I received extensive training in the provisions of firearms and narcotics laws administered under Title 18, Title 21, and Title 26 of the United States Code. Before joining ATF, I received a bachelor's degree in criminology and a minor in Homeland Security from Indiana University of Pennsylvania.

5. I submit this Affidavit in support of a criminal complaint and an arrest warrant for Ronte Jenkins. Based on the facts in this Affidavit, I respectfully submit that there is probable

cause to believe that Jenkins violated the following offenses: (a) conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C § 846, and (b) distribution and possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1) (the "SUBJECT OFFENSES").

6. This Affidavit is based upon my participation in the investigation, my examination of reports and records, and my conversations with other law enforcement agents and other individuals. Because this Affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, it does not include all the facts that I have learned during this investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. In making this Affidavit, I am relying only on the facts stated herein.

7. Information in this Affidavit does not always set forth my personal observations, but rather at times reflects information from reports or body-worn camera footage, as well as information provided to me by other law enforcement agents who observed the events described and to whom I have spoken or whose reports I have read.

**PROBABLE CAUSE**

8. On or about November 6, 2025, members of the Baltimore Police Department (BPD) Gun Violence Unit (GVU) were conducting covert surveillance of the 2600 block of Francis Street, Baltimore, Maryland. The 2600 block of Francis Street was known to investigators as a high-crime area, where crimes of violence involving firearms and street-level CDS sales frequently occur.

9. While conducting surveillance, at approximately 1116 hours, detectives with GVU observed two individuals known to them as Ronte JENKINS and Kevin Fowlkes in the vicinity of

the 2600 block of Francis Street. Detectives observed JENKINS use a key to enter 2621 Francis Street, Baltimore, Maryland. After spending approximately one minute inside the residence, detectives observed JENKINS exit the dwelling and meet with Fowlkes. At this time, detectives observed JENKINS hand Fowlkes items believed to be "packs" of CDS.

10. Shortly after this interaction, detectives observed JENKINS direct a male, later identified as Brandon Huff, toward Fowlkes. Detectives then observed Fowlkes conduct a suspected hand-to-hand CDS transaction. Following the sale, detectives were able to locate Huff a short distance away in the 2700 block of Parkwood Avenue, Baltimore, Maryland. Detectives recovered approximately 30 clear gel caps containing suspected heroin/fentanyl mixture. A sample of the suspected CDS was analyzed by the Baltimore Police Department Drug Analysis Unit confirming the presence of fentanyl.

11. One hour later, at approximately 1215 hours, detectives observed JENKINS re-enter 2621 Francis Street utilizing a key. After a brief period inside, JENKINS exited the dwelling and handed Fowlkes what appeared to be additional "packs" of CDS. Shortly after, detectives observed Fowlkes engage in a suspected hand-to-hand transaction with an unidentified female.

12. On November 6, 2025, the Honorable Judge Katie O'Hara of the District Court of Maryland for Baltimore City signed a search and seizure warrant for the premise located at 2621 Francis Street.

13. On the same date, at approximately 1503 hours, BPD GVU detectives executed a search warrant on the aforementioned premise. Upon making entry, detectives were met by Phillip Anderson, who was standing within the vestibule of the front entry way. After clearing the dwelling, detectives conducted a search of the location leading to the recovery of approximately 1298 gel capsules containing suspected heroin/fentanyl mixture. A sample of the suspected CDS

was analyzed by the Baltimore Police Department Drug Analysis Unit confirming the presence of fentanyl and acetyl fentanyl, an analog of fentanyl.

## CONCLUSION

14. Based on the foregoing I respectfully submit that there is probable cause to believe Ronte JENKINS, violated 21 U.S.C § 846 and 21 U.S.C. § 841(a)(1). In consideration of the foregoing, I respectfully request that this court issue a criminal complaint and arrest warrant for Ronte JENKINS.

Based on the foregoing, I respectfully submit that there is probable cause to issue the requested criminal complaint and arrest warrant.

GARRETT BRINK

Digitally signed by GARRETT BRINK
Date: 2026.08.20 12:46:11 -04'00'

Garrett Brink, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this 20th day of August 2026.

The Honorable Chelsea J. Crawford
United States Magistrate Judge
District of Maryland